**Stephen Anthony HENRY,**
**Plaintiff–Appellant,**

v.

**PRISON MEDICAL PROVIDERS OF CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION; et al., Defendants–Appellees.**

No. 14–16516.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Sept. 3, 2015.

Stephen Anthony Henry, Soledad, CA, pro se.

Maneesh Sharma, California Department of Justice, San Francisco, CA, for Defendant–Appellee.

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM**

Stephen Anthony Henry, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Henry failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent by delaying his referral to an ear, nose and throat specialist. *See id.* at 1057–60 (a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to the prisoner's health; negligence and a mere difference in medical opinion are insufficient); *Hallett v. Morgan*, 296 F.3d 732, 746 (9th Cir.2002) (where the prisoner is alleging that delay of medical treatment evinces deliberate indifference, the prisoner must show that the delay led to further injury).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.